IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
TYLER COLLINS,                )
                              )
       Plaintiff,             )
                              )    CIVIL ACTION NO.
       v.                     )    1:24cv484-MHT
                              )        (WO)
HOUSTON COUNTY JAIL,          )
                              )
       Defendant.             )
```

## OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, an inmate, filed this lawsuit complaining of inadequate access to a law library and lawyers and of unsanitary conditions of confinement at the Houston County Jail. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice for failure to prosecute. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 9th day of October, 2024.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE